# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA L. LAWRENCE,<br><br>           Plaintiff,<br><br>  v.<br><br>DR. BERRY, et al.,<br><br>           Defendants.<br>_____/ | CASE NO. 1:09-cv-01936-DLB PC<br><br>ORDER REVOKING INFORMA PAUPERIS STATUS ON APPEAL |

      Plaintiff Tanya L. Lawrence ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation. Plaintiff was proceeding pro se and in forma pauperis in this civil rights action. Plaintiff initiated this action by filing her complaint on November 4, 2009. On November 30, 2011, the Court dismissed this action on statute of limitations grounds. On April 4, 2012, the Court denied Plaintiff's motion for reconsideration. Plaintiff subsequently filed a notice of appeal on May 9, 2012. Doc. 24.

      Pursuant to 28 U.S.C. § 1915(a)(3), "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." The Court finds that Plaintiff's appeal is frivolous. On September 9, 2011, the Court issued an order to show cause regarding whether this action was timely filed. Plaintiff's response indicated that she did not file this action in a timely manner. Her arguments for a continuing violation were unavailing. Plaintiff's allegations amounted at most to a continuing impact from a past violation. Plaintiff did not state any other claims.

///

1

1  Accordingly, Plaintiff's appeal is not taken in good faith, and is frivolous.  Plaintiff's in
2  forma pauperis status is HEREBY ORDERED revoked for purposes of her appeal.
3  IT IS SO ORDERED.
4  Dated:   May 14, 2012                        /s/ Dennis L. Beck
                                              UNITED STATES MAGISTRATE JUDGE