# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA L. LAWRENCE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DOCTOR BERRY, et al.,<br><br>　　　　　　Defendants. | CASE NO. 1:09-cv-01936-DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTIONS AS MOOT<br><br>ECF Nos. 26, 31 |

　　　　Plaintiff Tanya L. Lawrence ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation, proceeding pro se in this civil action. On November 30, 2011, the Court dismissed this action with prejudice. On December 15, 2011, Plaintiff filed a motion for reconsideration. On April 4, 2012, the Court denied Plaintiff's motion. On May 9, 2012, Plaintiff filed her notice of appeal. Pending before the Court are: 1) Plaintiff's motion for an extension of time to request a certificate of appealability, filed May 9, 2012, and 2) Plaintiff's motion for certificate of appealability, filed July 17, 2012.

　　　　A certificate of appealability is unnecessary when appealing a judgment for a § 1983 action, such as the one here. *See* 28 U.S.C. § 2253 (certificate of appealability for habeas corpus proceedings). This action is currently on appeal to the United States Court of Appeals for the Ninth Circuit. Accordingly, it is HEREBY ORDERED that Plaintiff's motions are denied as moot.

IT IS SO ORDERED.

Dated:   **July 19, 2012**                                   /s/ Dennis L. Beck
                                                          UNITED STATES MAGISTRATE JUDGE